**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

DONNA GOULD,

            Plaintiff,

        vs.                                    Case No. 1:18-cv-01282-WCG

MONARCH RECOVERY MANAGEMENT,
INC., a Pennsylvania Corporation,

            Defendant.

## NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

    Plaintiff, Donna Gould, hereby advises the Court of her acceptance of Defendant's Rule 68 Offer of Judgment dated June 5, 2019, in the amount of $1,001.00, plus reasonable attorneys' fees and costs as agreed upon by the parties, or if the parties are unable to agree, to be determined by the Court on application by Plaintiff's counsel.

    A copy of Defendant's Offer of Judgment is attached hereto as ***Exhibit A***.

                                                  Respectfully submitted,

                                                  *s/Andrew T. Thomasson*

Dated: June 19, 2019
                                                  *Andrew T. Thomasson*
                                        Philip D. Stern (NJ Bar # 045921984)
                                        Andrew T. Thomasson (NJ Bar # 048362011)
                                        Francis R. Greene (WI Bar # 1115577)
                                          *Attorneys for Plaintiff, Donna Gould*
                                        Stern•Thomasson LLP
                                        150 Morris Avenue, 2nd Floor
                                        Springfield, NJ 07081
                                        Telephone (973) 379-7500
                                        E-mail: Philip@SternThomasson.com
                                        E-mail: Andrew@SternThomasson.com
                                        E-mail: Francis@SternThomasson.com