UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DONNA GOULD,

      Plaintiff,

v.                                                         Case No. 18-C-1282

MONARCH RECOVERY MANAGEMENT, INC.,
a Pennsylvania Corporation,

      Defendant.

## ORDER FOR JUDGMENT

This matter is before the Court on Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment. Dkt. No. 35. **IT IS HEREBY ORDERED** that the Clerk enter Judgment in favor of Plaintiff against Defendant in the amount of $1,001.00 plus statutory costs. With respect to the actual attorneys' fees and costs, the parties attention is directed to Federal Rule of Civil Procedure 54(d)(2).

Dated this <u>21st</u> day of June, 2019.

                                                      s/ William C. Griesbach
                                                      William C. Griesbach, Chief Judge
                                                      United States District Court