AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

DONNA GOULD,

        Plaintiff,

v.

MONARCH RECOVERY
MANAGEMENT, INC. a
Pennsylvania corporation,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-1282

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

**IT IS HEREBY ORDERED AND ADJUDGED** that Donna Gould recover from Monarch Recovery Management, Inc., a Pennsylvania corporation, the amount of $1,001.00 plus statutory costs.

    Approved:    s/ William C. Griesbach
                      William C. Griesbach, Chief Judge
                      United States District Court

Dated: June 21, 2019

                      STEPHEN C. DRIES
                      Clerk of Court

                      s/ Terri Lynn Ficek
                      (By) Deputy Clerk